# Third District Court of Appeal

## State of Florida

Opinion filed November 25, 2020.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D19-2512
Lower Tribunal No. 13-34115

————————

## Gregan Construction Corp., etc.,
Appellant,

vs.

## Chateaubleau Inn Inc., etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Law Office of Ray Garcia, P.A., and Ray Garcia, Nataline Garcia and Nicole M. Garcia, for appellant.

MKRS Law, PL, and Sergio R. Casiano, Jr., for appellee.

Before EMAS, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Affirmed.